

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,985-01 AND WR-93,985-02

### EX PARTE GERALD JONES, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1599919-A AND 1631807-A
### IN THE 338TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated assault of a family member in the -01 case and assault with family violence in the -02 case, and sentenced to fifteen years' imprisonment in each case, to run concurrently. The Fourteenth Court of Appeals affirmed his convictions. *Jones v. State*, Nos. 14-19-00502-CR and 14-19-00503-CR (Tex. App. — Houston [14th] June 15, 2021) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On March 2, 2022, the trial court entered an order designating issues. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure

73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* Tex. R. App. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: September 14, 2022
Do not publish